[No. 30386-4-I.   Division One.   June 21, 1993.]

MARY ANN VANDERWAY, ET AL, *Appellants*, v. SNOHOMISH HEALTH DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-06632-9, John E. Rutter, J. Pro Tem., entered March 10, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Forrest and Agid, JJ.


[No. 28531-9-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WADE IRBY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-00518-1, Larry A. Jordan, J., entered June 5, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Agid, JJ.


[No. 29341-9-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA SUZANNE SIVERTSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-06347-2, George T. Mattson, J., entered September 23, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.


[No. 25951-2-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID TODD ROSS, *Appellant.* ·

Appeal from a judgment of the Superior Court for King County, No. 88-1-05223-5, James D. McCutcheon, Jr., J., entered April 6, 1990. *Remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy and Agid, JJ.